# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DANIELLE MARTIN, individually and on behalf of all others similarly situated, | : : : : : : : : : : : | CIVIL ACTION<br><br>NO. 1:18-cv-09359-RMB-KMW |
| Plaintiff, | | |
| v. | | |
| RECEIVABLES MANAGEMENT SYSTEMS, | | |
| Defendant. | | |

## JOINT NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AGREEMENT AND RELEASE

**PLEASE TAKE NOTICE THAT** upon this Notice of Motion and Motion, Plaintiff Danielle Martin ("Plaintiff") and Receivables Management Systems ("Defendant" or "RMS") by and through their undersigned counsel, will jointly move this Honorable Court, on January 07, 2020 at 10:00am for an Order certifying this case to proceed as a class action and granting final approval of the Parties' class settlement agreement. Specifically, the parties move this Court pursuant to Fed. R. Civ. P. 23, for an Order certifying this case to proceed as a class action, and granting final approval of the settlement, on behalf of the following classes:

> All New Jersey consumers who were sent collection letters and/or notices from Defendant, during the period of May 17, 2017 to present, attempting to collect a consumer debt owed to or allegedly owed to Patient First, which included a $40.00 collection fee, when no such fee was expressly authorized by the agreement creating the debt.

In support of this motion, the parties rely on the attached Memorandum of Law in support, along with exhibits and declarations attached thereto.

Respectfully submitted this 20th day of December, 2019

- 2 -

*s/ Ari Marcus*
Ari H. Marcus, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732) 695-3282
Facsimile:   (732) 298-6256
E-Mail: Ari@MarcusZelman.com
*Attorney for Plaintiffs*


*s/ Michael Pidgeon*_____ _____
Michael Pidgeon, Esq.
60 E. Court Street
Doylestown, PA 18901
Tel: 215-345-7000
MPidgeon@eastburngray.com
*Attorney for Defendant*